# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HERMAN CHAMBERS, JR.,

    Petitioner,

v.                               CASE NO.  4:06cv64-RH/WCS

FLORIDA PAROLE COMMISSION, et al.,

    Respondents.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  This matter is hereby transferred to the United States District Court for the Middle District of Florida.  The clerk shall take all actions necessary to effect the transfer.

SO ORDERED this 24th day of October, 2006.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge